IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| XAVIER MAURICE CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 319-019 |
| | ) |
| OFFICER CASWELL, Warden; FNU | ) |
| GIBBENS, Deputy Warden of Security; FNU | ) |
| WIDICKER, Unit Manager; FNU JACKSON, | ) |
| Medical Director; SSG FNU CULLENS, | ) |
| Security of Wellbeing of Inmates; and | ) |
| HAMEED, Security Officer, | ) |
| | ) |
| Defendants. | ) |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, currently incarcerated at Phillips State Prison ("PSP") in Buford, Georgia, filed the above-captioned case pursuant to 42 U.S.C. § 1983 concerning events alleged to have occurred at Johnson State Prison ("JSP") in Wrightsville, Georgia. Before the Court is Plaintiff's motion for an emergency preliminary injunction. (Doc. no. 15.)

On March 12, 2019, Plaintiff filed a motion for preliminary injunction regarding events alleged to have occurred at Valdosta State Prison ("VSP") in Valdosta, Georgia. (Id.) In his motion, Plaintiff argues VSP officials are acting against him, breaching their duties to keep Plaintiff in a safe and sanitary cell, denying him access to clippers to shave only once a week while the prison is on lockdown, and denying him proper clothes to wear to eliminate future sexual assault attempts. (Id.) He further states VSP officials threatened and physically abused him. (Id.) Plaintiff requests the Court reprimand and sanction prison officials to prevent future

retaliation against him, provide him full access to the law library, restrict VSP officials access to Plaintiff, and transfer him to a new prison. (Id.) However, on March 7, 2019, Plaintiff filed with the Court a notice of change of address, wherein he states he was transferred to Phillips State Prison ("PSP") in Buford, Georgia. (Doc. no. 11.)

Plaintiff's motion for a preliminary injunction should be denied as moot because Plaintiff was transferred to PSP from VSP. See Davila v. Marshall, 649 F. App'x 977, 979-80 (11th Cir. 2016) (citing Spears v. Thigpen, 846 F.2d 1327, 1328 (11th Cir. 1988)) ("[A] prisoner's request for injunctive relief relating to the conditions of his confinement becomes moot when he is transferred.")

Accordingly, the Court **REPORTS** and **RECOMMENDS** Plaintiff's motion for an emergency preliminary injunction be **DENIED AS MOOT**. (Doc. no. 15.)

SO REPORTED and RECOMMENDED this 26th day of March, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA