IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

XAVIER MAURICE CLARK, )
)
Plaintiff, )
)
v. ) CV 319-019
)
OFFICER CASWELL, Warden; FNU )
GIBBENS, Deputy Warden of Security; FNU )
WIDICKER, Unit Manager; FNU JACKSON, )
Medical Director; SSG FNU CULLENS, )
Security of Wellbeing of Inmates; and )
HAMEED, Security Officer, )
)
Defendants. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 21.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Additionally, Plaintiff filed a motion for appointment of counsel. (Doc. no. 22.) On February 27, 2019, the Magistrate Judge denied Plaintiff's first motion to appoint counsel and clearly articulated the reasons Plaintiff is not entitled to counsel. (Doc. no. 10.) Plaintiff has not articulated any change in his circumstances to justify appointment of counsel, and the Court **DENIES** Plaintiff's motion for appointment of counsel. (Doc. no. 22.)

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **OVERRULES** Plaintiff's objections, **DENIES AS MOOT** Plaintiff's motion for an emergency preliminary injunction, (doc. no. 15), and **DENIES** Plaintiff's motion for appointment of counsel, (doc. no. 22).

SO ORDERED this 17th day of April, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE