IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| XAVIER MAURICE CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-019 |
| | ) | |
| WARDEN A. CASWELL; FNU GIBBENS, | ) | |
| Deputy Warden of Security; FNU WIDICKER, | ) | |
| Unit Manager; FNU JACKSON, Medical | ) | |
| Director; SSG FNU CULLENS, Security of | ) | |
| Wellbeing of Inmates; and HAMEED, Security | ) | |
| Officer; WARDEN FNU EMMONS, DEPUTY | ) | |
| WARDEN FNU JACKSON; OFFICER FNU | ) | |
| JOHNSON; OFFICER FNU PERNELL; SGT. | ) | |
| RICA LEWIS; UNIT MANAGER FNU | ) | |
| SMITH; OFFICER FNU WILLIAMS; | ) | |
| OFFICER FNU MALLARD; OFFICER FNU | ) | |
| GIBSON; SGT. FNU MCCALL; UNKNOWN | ) | |
| FEMALE MEDICAL NURSES; UNIT | ) | |
| MANAGER FNU FORBES, | ) | |
| | ) | |
| Defendants.[1] | ) | |

_____

**O R D E R**
_____

On March 7, 2019, Plaintiff filed a motion for leave to file an amended complaint. (Doc. no. 14.) He attached a proposed amended complaint with his motion. (Id. at 2-8.) On March 26, 2019, the Court granted Plaintiff leave to amend his complaint; however, because Plaintiff was attempting to piecemeal amend his complaint by adding his proposed amended complaint to his

---

[1]The Court **DIRECTS** the **CLERK** to update the docket in accordance with the caption of this Order, which is consistent with Plaintiff's motion to amend and amended complaint. (Doc. no. 14.)

original complaint, the Court instructed Plaintiff to amend his complaint in whole within twenty-one days of the March 26th Order. (Doc. no. 20.) The Court further cautioned Plaintiff if he did not file an amended complaint the Court would assume he only wished to proceed with his proposed amended complaint, which only alleged facts concerning Valdosta State Prison in Valdosta, Georgia. (Id.) To date, Plaintiff has not filed an amended complaint. Thus, the Court **DIRECTS** the Clerk to docket Plaintiff's proposed amended complaint, (doc. no. 14, pp. 2-8), as a stand-alone entry on the docket titled "Amended Complaint."

SO ORDERED this 14th day of May, 2019, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA