FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUN 10 PM 4:36
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| XAVIER MAURICE CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 319-019 |
| ) | |
| WARDEN A. CASWELL; FNU GIBBENS, ) | |
| Deputy Warden of Security; FNU WIDICKER, ) | |
| Unit Manager; FNU JACKSON, Medical ) | |
| Director; SSG FNU CULLENS, Security of ) | |
| Wellbeing of Inmates; HAMEED, Security ) | |
| Officer; WARDEN FNU EMMONS, DEPUTY ) | |
| WARDEN FNU JACKSON; OFFICER FNU ) | |
| JOHNSON; OFFICER FNU PERNELL; SGT. ) | |
| RICA LEWIS; UNIT MANAGER FNU ) | |
| SMITH; OFFICER FNU WILLIAMS; ) | |
| OFFICER FNU MALLARD; OFFICER FNU ) | |
| GIBSON; SGT. FNU MCCALL; UNKNOWN ) | |
| FEMALE MEDICAL NURSES; and UNIT ) | |
| MANAGER FNU FORBES, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil

action.

SO ORDERED this 10th day of June, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE