# United States District Court
## *Southern District of Georgia*

XAVIER MAURICE CLARK,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV 319-019

WARDEN A. CASWELL, et. al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 10, 2019 adopting the Magistrate Judge's Report and

Recommendation as the Court's opinion, that Plaintiff's Amended Complaint is dismissed without

prejudice; therefore, this case stands closed.

06/10/2019
_____
*Date*

Scott L. Poff
_____
*Clerk*

*/s/ Jamie Hodge*
_____
*(By) Deputy Clerk*